# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:19-mj- 54 |
| ) | |
| TREVOR J. STEVENSON, ) | Initial Appearance: February 4, 2019 |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

### COUNT I - (Misdemeanor –7087855/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 10, 2018 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant TREVOR J. STEVENSON did unlawfully engage in disorderly conduct with the intent to cause public inconvenience, annoyance or alarm or recklessly creating a risk thereof by engaging in conduct, in a street, highway, or public place, having the direct tendency to cause acts of violence by the person or persons at whom, individually, such conduct was directed.

(In violation of Title 18 United States Code Section 13, assimilating Section 18.2-415, Virginia State Code, as amended.)

COUNT II – (Misdemeanor – 7087654/EV-17)

On or about November 10, 2018 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant TREVOR J. STEVENSON did knowingly and without just cause obstruct Lieutenant James Rzonca, a law enforcement officer, in the performance of his official duties.

(In violation of Title 18 United States Code Section 13, assimilating Section 18.2-460, Virginia State Code, as amended.)

COUNT III – (Misdemeanor –7087651/EV-17)

On or about November 10, 2018 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant TREVOR J. STEVENSON did unlawfully drive in such a manner as to endanger the life, limb, or property of any person.

(In violation of Title 18 United States Code Section 13, assimilating Section 46.2-852, Virginia State Code, as amended.)

COUNT IV – (Petty–7087652/EV-17)

On or about November 10, 2018 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant TREVOR J. STEVENSON did unlawfully disobey a traffic control device.

(In violation of Title 18 United States Code Section 13, assimilating Section 46.2-830, Virginia State Code, as amended.)

COUNT V – (Petty–7087653/EV-17)

On or about November 10, 2018 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant TREVOR J. STEVENSON did unlawfully drive a motor vehicle on a highway without a valid driver's license.

(In violation of Title 18 United States Code Section 13, assimilating Section 46.2-104, Virginia State Code, as amended.)

Respectfully submitted,
G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)-299-3776
Fax: (703)-299-3980
Email: elizabeth.banger.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be sent to the defendant TREVOR J. STEVENSON at 420 N. Van Dorn St., Alexandria, VA 22304 on January 29, 2018.

By: *Elizabeth A. Banger* (signature)
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314